William Alfred WALKER, Appellant, v. W. Frank SMYTH, Jr., Superintendent of the Virginia State Penitentiary, Appellee.

No. 6232.

United States Court of Appeals Fourth Circuit.

Argued March 12, 1951.

Decided March 31, 1951.

William Alfred Walker, pro se.

Thomas M. Miller, Asst. Atty. Gen. of Virginia (J. Lindsay Almond, Jr., Atty. Gen. of Virginia, on brief), for appellee.

Before PARKER, SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This is an appeal from an order denying an application for a writ of habeas corpus. Pursuant to section 53-296, Code of Virginia, appellant was sentenced to a term of fifteen years by the Circuit Court of the City of Richmond as a repeating offender. All questions raised on appeal are fully answered by the decision of the Supreme Court in Gryger v. Burke, 334 U.S. 728, 68 S.Ct. 1256, 92 L.Ed. 1683; and on the authority of that decision, the order appealed from will be

Affirmed.

Gerald G. BOYDEN, Appellant, v. P. J. SQUIER, Warden, United States Penitentiary, McNeil Island, Washington, Appellee.

No. 12809.

United States Court of Appeals Ninth Circuit.

April 12, 1951.

Gerald G. Boyden, in pro. per.

J. Charles Dennis, U. S. Atty., Guy A. B. Dovell, Asst. U. S. Atty., Tacoma, Wash., for appellee.

Before HEALY, BONE, and ORR, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment denying a writ of habeas corpus. We have carefully examined appellant's petition for the writ and have considered his arguments, and are of the opinion that the case attempted to be made for his release is wholly without substance.

The judgment is therefore affirmed.

Charles Lee McINTOSH, Petitioner, v. UNITED STATES BOARD OF EXAMINERS, ADMINISTRATIVE BOARD, U. S. HOSPITAL FOR DEFECTIVE DELINQUENTS, SPRINGFIELD, MISSOURI.

No. 14329.

United States Court of Appeals Eighth Circuit.

March 12, 1951.

Charles Lee McIntosh, pro se.

PER CURIAM.

"Petition for Judicial Review" of an examination by a Board of Examiners at the United States Penitentiary, Terre Haute, Indiana, etc., dismissed.